UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22229-BLOOM/Otazo-Reyes

GUANGYU ZHU,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., *a Bermuda corporation doing business as* Norwegian Cruise Lines,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [16], filed on July 13, 2022, indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 13, 2022.

                                                _____
                                                **BETH BLOOM**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record